In the Matter of LEON R. KOZIOL, Individually, as Natural Parent of CHILD A and Another, and On Behalf of Parents and Children Similarly Situated, Petitioner, v MARTHA WALSH HOOD, Acting Judge of State of New York, et al., Respondents. [899 NYS2d 691]—Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 506 [b] [1]) seeking, inter alia, relief in the nature of prohibition and mandamus.

It is hereby ordered that said petition is unanimously dismissed without costs.

Memorandum: We dismiss this CPLR article 78 petition seeking, inter alia, relief in the nature of prohibition and mandamus. "[P]etitioner here has failed to demonstrate a clear legal right to either of these remedies [that] could not be safeguarded through alternative remedies" (*Matter of Galinson v Graci*, 182 AD2d 819, 820 [1992]; *see Matter of Susskind v Stanger*, 122 AD2d 213, 214-215 [1986]; *Matter of Raysor v Stern*, 68 AD2d 786, 788-789 [1979], *lv denied* 48·NY2d 605 [1979], *cert denied* 446 US 942 [1980], *reh denied* 457 US 1127 [1982]). Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.